| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Majestic Towers, Inc., a California corporation | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>20-3087459 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>3515 Wilshire Boulevard<br>Los Angeles, CA 90010        ZIP CODE 90010-2301 | Street Address of Joint Debtor (No. & Street, City, and State):        ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Los Angeles | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):        ZIP CODE | Mailing Address of Joint Debtor (if different from street address):        ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:  Chapter 11 Debtors**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**                                  THIS SPACE IS FOR COURT USE ONLY
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**
- [x] 1-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] OVER 100,000

**Estimated Assets**
- [ ] $0 to $50,000
- [ ] $50,001 to $100,000
- [ ] $100,001 to $500,000
- [ ] $500,001 to $1 million
- [ ] $1,000,001 to $10 million
- [x] $10,000,001 to $50 million
- [ ] $50,000,001 to $100 million
- [ ] $100,000,001 to $500 million
- [ ] $500,000,001 to $1 billion
- [ ] More than $1 billion

**Estimated Debts**
- [ ] $0 to $50,000
- [ ] $50,001 to $100,000
- [ ] $100,001 to $500,000
- [ ] $500,001 to $1 million
- [ ] $1,000,001 to $10 million
- [x] $10,000,001 to $50 million
- [ ] $50,000,001 to $100 million
- [ ] $100,000,001 to $500 million
- [ ] $500,000,001 to $1 billion
- [ ] More than $1 billion

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor:<br>Majestic Towers, Inc., a California corporation |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: - NONE - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: - NONE - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____ April 27, 2011<br>   Signature of Attorney for Debtor     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

   _____
   (Name of landlord that obtained judgment)

   _____
   (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor:<br>Majestic Towers, Inc., a California corporation |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _____<br>Signature of Debtor<br>X _____<br>Signature of Joint Debtor<br><br>Telephone Number (If not represented by attorney)<br><br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only one box.)<br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>(Printed Name of Foreign Representative)<br><br>Date |
| **Signature of Attorney***<br>X *[signature]*<br>Signature of Attorney for Debtor(s)<br>Victor A. Sahn (CA Bar No. 97299)<br>Printed Name of Attorney for Debtor(s)<br>**Sulmeyer**Kupetz, A Professional Corporation<br>Firm Name<br>333 South Hope Street<br>35th Floor<br>Los Angeles, CA 90071-1406<br>Address<br><br>Tel: 213.626.2311  Fax: 213.629.4520<br>Telephone Number<br>April 27, 2011<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>Address<br>X _____<br><br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X *[signature]*<br>Signature of Authorized Individual<br>Leo Y. Lee<br>Printed Name of Authorized Individual<br>President<br>Title of Authorized Individual<br>April 27, 2011<br>Date | |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    Majestic Towers, Inc., a California corporation                         Case No. _____
                                                       Debtor.                    Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Leo Y and Hyo S Lee Individually and as Trustees of The Lee 2003 Family Trust Dated April 8 2003 61 Fremont Place Los Angeles, CA 90017-2457 | Leo Y and Hyo S Lee Individually and as Trustees of The Lee 2003 Family Trust Dated April 8 2003 61 Fremont Place Los Angeles, CA 90017-2457 | Loan | | 5,000,000.00 |
| Carmen A Trutanich Beverly A Cook c/o City of Los Angeles 200 N Main Street 9th Floor Room 920 Los Angeles, CA 90012 | Carmen A Trutanich Beverly A Cook c/o City of Los Angeles 200 N Main Street 9th Floor Room 920 Los Angeles, CA 90012 (213) 978-8344 | Judgment | Disputed | 3,489,641.03 |
| Office of Finance City of Los Angeles PO Box 30655 Los Angeles, CA 90030-0655 | Office of Finance City of Los Angeles PO Box 30655 Los Angeles, CA 90030-0655 (213) 473-5901 | Trade debt | | 95,900.00 |
| LA Department Water and Power PO Box 30808 Los Angeles, CA 90030-0808 | LA Department Water and Power PO Box 30808 Los Angeles, CA 90030-0808 (800) 342-5397 | Utility Services | | 45,935.34 |
| Sysco 20701 East Currier Road Walnut, CA 91789 | Sysco 20701 East Currier Road Walnut, CA 91789 (800) 800-1199 | Trade debt | | 24,255.06 |
| Joseph E Herman Attorney at Law 114 South Rossmore Avenue Los Angeles, CA 90004 | Joseph E Herman Attorney at Law 114 South Rossmore Avenue Los Angeles, CA 90004 (323) 937-1400 | Legal Services | | 17,920.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  Majestic Towers, Inc., a California corporation    Case No. _____
                              Debtor.

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Force One Group Inc<br>3450 Wilshire Boulevard<br>Suite 1010<br>Los Angeles, CA 90010 | Force One Group Inc<br>3450 Wilshire Boulevard<br>Suite 1010<br>Los Angeles, CA 90010<br>(213) 389-6016 | Trade debt | | 10,230.00 |
| Pacific Aviation Corp<br>380 World Way Box SD-31<br>Los Angeles, CA 90045 | Pacific Aviation Corp<br>380 World Way Box SD-31<br>Los Angeles, CA 90045<br>(310) 646-4015 | Trade debt | | 8,288.00 |
| HyperDisk Marketing<br>18251 McDurmott<br>Suite A<br>Irvine, CA 92614 | HyperDisk Marketing<br>18251 McDurmott<br>Suite A<br>Irvine, CA 92614<br>(949) 442-9850 | Trade debt | | 7,000.00 |
| Operating Engineers Local 501<br>PO Box 515057<br>Los Angeles, CA 90051-5057 | Operating Engineers Local 501<br>PO Box 515057<br>Los Angeles, CA 90051-5057<br>(213) 385-1561 | Trade debt | | 6,823.98 |
| Worldwide Produce<br>1661 McGarry Street<br>Los Angeles, CA 90021 | Worldwide Produce<br>1661 McGarry Street<br>Los Angeles, CA 90021<br>(213) 747-4411 | Trade debt | | 6,446.51 |
| Douglas Wilson Companies<br>450 B Street<br>Suite 1900<br>San Diego, CA 92101 | Douglas Wilson Companies<br>450 B Street<br>Suite 1900<br>San Diego, CA 92101<br>(619) 641-1141 | Trade debt | | 6,356.80 |
| LodgeNet<br>PO Box 952141<br>Saint Louis, MO 63195-2141 | LodgeNet<br>PO Box 952141<br>Saint Louis, MO 63195-2141<br>(228) 463-0031 | Trade debt | | 5,534.89 |
| Central Pension<br>PO Box 515057<br>Los Angeles, CA 90051-5057 | Central Pension<br>PO Box 515057<br>Los Angeles, CA 90051-5057 | Trade debt | | 4,739.70 |
| Serv Best Inc<br>132 Center Street<br>El Segundo, CA 90245 | Serv Best Inc<br>132 Center Street<br>El Segundo, CA 90245<br>(626) 688-4021 | Trade debt | | 4,593.48 |

Software Copyright (c) 1996-2010 CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re  Majestic Towers, Inc., a California corporation                               Case No. _____
                                    Debtor.

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Expedia Travel<br>PO Box 847677<br>Dallas, TX 75284-7677 | Expedia Travel<br>PO Box 847677<br>Dallas, TX 75284-7677<br>(714) 829-1320 | Trade debt | | 4,500.00 |
| Preferred Food Service Co Inc<br>4848 Long Beach Avenue<br>Los Angeles, CA 90058 | Preferred Food Service Co Inc<br>4848 Long Beach Avenue<br>Los Angeles, CA 90058 | Trade debt | | 4,412.81 |
| American Tex-Chem Corporation<br>PO Box 431<br>San Bernardino, CA 92402 | American Tex-Chem Corporation<br>PO Box 431<br>San Bernardino, CA 92402<br>(909) 383-8626 | Trade debt | | 3,618.96 |
| Sabre Hospitality Solutions<br>7285 Collection Center Drive<br>Chicago, IL 60693 | Sabre Hospitality Solutions<br>7285 Collection Center Drive<br>Chicago, IL 60693<br>(682) 605-3277 | Trade debt | | 3,561.68 |
| Sweet Temptations<br>3232 Glendon Avenue<br>Los Angeles, CA 90034 | Sweet Temptations<br>3232 Glendon Avenue<br>Los Angeles, CA 90034<br>(323) 731-1122 | Trade debt | | 3,028.15 |
| Far East National Bank<br>c/o Buchalter Nemer<br>Attn Barry A Smith<br>1000 Wilshire Boulevard<br>Suite 1500<br>Los Angeles, CA 90017-2457 | Far East National Bank<br>c/o Buchalter Nemer<br>Attn Barry A Smith<br>1000 Wilshire Boulevard Suite 1500<br>Los Angeles, CA 90017-2457<br>(213) 891-0700 | | Disputed | Unknown |

B4 (Official Form 4) (12/07) - Cont.

In re   Majestic Towers, Inc., a California corporation                    Case No.  _____
                                    Debtor.

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   April 27, 2011                    Signature   _____
                                                     Leo Y. Lee
                                                     President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    None.

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    None.

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    None.

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    None.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at     Los Angeles    , California.

Dated    April 27, 2011

Leo Y. Lee, President
Debtor

Joint Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009    F 1015-2.1

Software Copyright (c) 1996-2010 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Victor A. Sahn (CA Bar No. 97299)<br>**Sulmeyer**Kupetz, A Professional Corporation<br>333 South Hope Street<br>35th Floor<br>Los Angeles, CA 90071-1406<br>Tel: 213.626.2311  Fax: 213.629.4520<br>E-mail: vsahn@sulmeyerlaw.com<br><br>*Attorneys for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Majestic Towers, Inc., a California corporation<br><br>                                                                         Debtor. | CASE NO.:<br><br>CHAPTER:   11 |
|---|---|

## Corporate Ownership Statement Pursuant to
## FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, _____Leo Y. Lee_____, the undersigned in the above-captioned case, hereby declare
           (Print Name of Attorney or Declarant)

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:

   ☒ I am the president or other officer or an authorized agent of the debtor corporation

   ☐ I am a party to an adversary proceeding

   ☐ I am a party to a contested matter

   ☐ I am the attorney for the debtor corporation

2.a. ☒ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests: Leo Y. Lee (100%)

   *[For additional names, attach an addendum to this form.]*

b. ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____/s/_____          _____April 27, 2011_____
Signature of Attorney or Declarant                                  Date

Leo Y. Leo
Printed Name of Attorney or Declarant

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2009                                                                                                                                                     **F 1007-4**

Software Copyright (c) 1996-2010 CCH INCORPORATED - www.bestcase.com                                                        Best Case Bankruptcy

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Victor A. Sahn<br>SulmeyerKupetz<br>333 South Hope Street<br>35th Floor<br>Los Angeles, CA 90071-1406<br>213.626.2311 Fax: 213.629.4520<br>97299<br>☒ *Attorney for:* Majestic Towers, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Majestic Towers, Inc., a California corporation<br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |
|---|---|

**ELECTRONIC FILING DECLARATION**
**(CORPORATION/PARTNERSHIP)**

☒ Petition, statement of affairs, schedules or lists     Date Filed: __April 27, 2011__
☐ Amendments to the petition, statement of affairs, schedules or lists     Date Filed: _____
☐ Other: _____     Date Filed: _____

**PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY**

   I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____     __April 27, 2011__
*Signature of Authorized Signatory of Filing Party*     Date

Leo Y. Lee
*Printed Name of Authorized Signatory of Filing Party*

President
*Title of Authorized Signatory of Filing Party*

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

   I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____     __April 27, 2011__
*Signature of Attorney for Filing Party*     Date

Victor A. Sahn 97299
*Printed Name of Attorney for Filing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.
*November 2006*

Software Copyright (c) 1996-2010 CCH INCORPORATED - www.bestcase.com     Best Case Bankruptcy

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name    Victor A. Sahn (CA Bar No. 97299)

Address    333 South Hope Street 35th Floor Los Angeles, CA 90071-1406

Telephone    213.626.2311    Fax: 213.629.4520

☒ Attorney for Debtor(s)
☐ Debtor in Pro Per

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| List all names including trade names used by Debtor within last 8 years: | Case No.: |
|---|---|
| | Chapter: 11 |
| Majestic Towers, Inc., a California corporation | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __10__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:    April 27, 2011

Leo Y. Lee, President
Signer/Title

Majestic Towers, Inc., a California corporation
3515 Wilshire Boulevard
Los Angeles, CA 90010


Victor A. Sahn
SulmeyerKupetz
333 South Hope Street
35th Floor
Los Angeles, CA 90071-1406


OUST-LA
725 South Figueroa Street,
26th Floor
Los Angeles, CA 90017

OUST-LA
725 South Figueroa Street,
26th Floor
Los Angeles, CA 90017

AAA Valet Inc
3515 Wilshire Boulevard
Los Angeles, CA 90010

Ace Beverage Co
401 South Anderson Street
Los Angeles, CA 90033-4219

American Telesource Inc
1350 Ocean Avenue
Emeryville, CA 94608

American Tex-Chem Corporation
PO Box 431
San Bernardino, CA 92402

Arrowhead
PO Box 856158
Louisville, KY 40285-6158

Aspen Travel
PO Box 423
Jackson, WY 83001

Brooklyn Bagel Bakery
2217 West Beverly Boulevard
Los Angeles, CA 90057

Far East National Bank
c/o Buchalter Nemer
Attn Barry A Smith
1000 Wilshire Boulevard Suite 1500
Los Angeles, CA 90017-2457

C & H Meat Co
3017 Bandini Boulevard
Los Angeles, CA 90058

Carmen A Trutanich
Beverly A Cook
c/o City of Los Angeles
200 N Main Street 9th Fl Room 920
Los Angeles, CA 90012

Central Pension
PO Box 515057
Los Angeles, CA 90051-5057

Cintas Corporation 426
711 Hawaii Street
El Segundo, CA 90245

CKH Foods Inc
691 South Irolo Street
Suite 1001
Los Angeles, CA 90005

Classic Dist & Bev Group

PO Box 60397
Los Angeles, CA 90060-0397

Classic Wines of California
PO Box 51512
Los Angeles, CA 90051-5812

Color Bank
3824 1/2 West 6th Street
Los Angeles, CA 90020

Courtesy Products LLC
PO Box 17488
Saint Louis, MO 63178-7488

Divine Specialties
21926 Costanso Street
Woodland Hills, CA 91364

Douglas Wilson Companies
450 B Street
Suite 1900
San Diego, CA 92101

Ecolab Inc
PO Box 100512
Pasadena, CA 91189-0512

Ecolab Pest Elimination Division
PO Box 6007
Grand Forks, ND 58206-6007

Event Plus Inc
650 Moulton Avenue
Los Angeles, CA 90031

Expedia Travel
PO Box 847677
Dallas, TX 75284-7677

Force One Group Inc
3450 Wilshire Boulevard
Suite 1010
Los Angeles, CA 90010

Guest Supply
PO Box 910
Monmouth Junction, NJ 08852-0910

HyperDisk Marketing
18251 McDurmott
Suite A
Irvine, CA 92614

Joseph E Herman
Attorney at Law
114 South Rossmore Avenue
Los Angeles, CA 90004

KoreAm Journal
17000 South Vermont
Gardena, CA 90247

LA Department Water and Power
PO Box 30808
Los Angeles, CA 90030-0808

Leo Y and Hyo S Lee
Individually and as Trustees of
The Lee 2003 Family Trust
61 Fremont Place
Los Angeles, CA 90005-3857

LodgeNet
PO Box 952141
Saint Louis, MO 63195-2141

Los Angeles Business Journal
PO Box 16825
North Hollywood, CA 91615-9252

Los Angeles Federal Armored
676 South Mateo Street
Los Angeles, CA 90021

M & M Paper Co
7915 Ruffner Avenue
Van Nuys, CA 91406

M3 Accounting Service
800B Jesse Jewell Parkway SW
Gainesville, GA 30501

M3 Procurement and Design Inc
6354 Cameo Cove Avenue
Las Vegas, NV 89139

Mission Beverage Co
PO Box 33256
Los Angeles, CA 90033

Morrison & Foerster
Attn Gregory B Koltun
Attys for North Mezzanine Investmen
555 West Fifth Street
Los Angeles, CA 90013

Moulin Rouge Bakery
20620-1 Superior Street
Chatsworth, CA 91311

Muzak
PO Box 71070
Charlotte, NC 28272-1070

Naylor Paint
132 Lincoln Boulevard
Venice, CA 90291

Nazdar Supply Inc
118 West 21st Street
Los Angeles, CA 90007

Network Expert Group
3008 Wilshire Boulevard
Los Angeles, CA 90010

Networkhelper.net
540 West Glenoaks Boulevard
Suite A
Glendale, CA 91202

Ocean Fresh Fish & Seafood
1100 South Santa Fe Avenue
Los Angeles, CA 90021

Office Depot
PO Box 70025
Los Angeles, CA 90074

Office of Finance
City of Los Angeles
PO Box 30655
Los Angeles, CA 90030-0655

Operating Engineers Local 501
PO Box 515057
Los Angeles, CA 90051-5057

Pacific Aviation Corp
380 World Way Box SD-31
Los Angeles, CA 90045

Palace Catering
1657 West Venice Boulevard
Los Angeles, CA 90006

Petty Cash
3515 Wilshire Boulevard
Los Angeles, CA 90010

Pitney Bowes
PO Box 371887
Pittsburgh, PA 15250-7887

Preferred Food Service Co Inc
4848 Long Beach Avenue
Los Angeles, CA 90058

Rapid Repair Service Inc
PO Box 950702
Mission Hills, CA 91395

Republic Master Chefs
PO Box 15267
Los Angeles, CA 90015

Rhinotek Computer Products
PO Box 6205
Carson, CA 90749

Rubicon
101 Marietta Street
Suite 3525
Atlanta, GA 30303

Sabre Hospitality Solutions
7285 Collection Center Drive
Chicago, IL 60693

Serv Best Inc
132 Center Street
El Segundo, CA 90245

Sweet Temptations
3232 Glendon Avenue
Los Angeles, CA 90034

Sysco
20701 East Currier Road
Walnut, CA 91789

T-Mobile
PO Box 51843
Los Angeles, CA 90051-6143

Tavern Service Company Valley
18228 Parthenia Street
Northridge, CA 91325-3391

Tech Care LLC
6125 Washington Boulevard 3rd Floor
Culver City, CA 90232

Tel Electronics
705 East Main Street
PO Box 628
American Fork, UT 84003

TelePacific Communications
515 South Flower Street 47th Floor
Los Angeles, CA 90071

The Cake Collection & Boulangerie
2221 South Barry Avenue Floor 1
Los Angeles, CA 90064

Time Warner Cable
PO Box 60074
City of Industry, CA 91716-0074

Travelocity
Lockbox Dept Sabre Inc
Chicago, IL 60693

United Pacific Waste
PO Box 908
Pico Rivera, CA 90660

Wood Data Communications
2633 East 28th Street
Signal Hill, CA 90755

Worldwide Produce
1661 McGarry Street
Los Angeles, CA 90021